### STATE v. C. N. RICHARDSON.

(Filed 14 October, 1925.)

APPEAL by defendant from *Daniels, J.,* at May Term, 1925, of WAKE.

Criminal prosecution tried upon an indictment charging the defendant with violating the provisions of C. S., 4358, against prostitution, aiding and abetting therein, and operating a place or building for such purposes.

From an adverse verdict and judgment of 20 months on the roads, the defendant appeals, assigning errors.

*Attorney-General Brummitt and Assistant Attorney-General Nash for the State.*

*F. T. Bennett for defendant.*

PER CURIAM. The evidence is conflicting on the issue of guilt; it is purely a question of fact; the jury has determined the matter against the defendant; there is no reversible error appearing on the record; the exceptions relating to the alleged insufficiency of the evidence, and the one to the charge, must be resolved in favor of the validity of the trial; the verdict and judgment will be upheld.

No error.